THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY, ) ) ) Plaintiff, ) ) v. ) ) McLAUGHLIN MASONRY, LLC, ) ) Defendant. ) | Case No. 2:18-CV-121-JVB-JEM |

# MOTION TO DISMISS

**COMES NOW** the Plaintiff, by one of its attorneys, Aaron A. Koonce, and advises the Court that all matters herein have been amicably settled and adjusted. Plaintiff CONSTRUCTION WORKERS PENSION TRUST FUND LAKE COUNTY AND VICINITY moves the Court to dismiss its Complaint and cause of action against McLAUGHLIN MASONRY, LLC, without prejudice.

Respectfully submitted,

GOODMAN KATZ KOONCE & MAROC

By:     /s/ Aaron A. Koonce
           AARON A. KOONCE
           Indiana Attorney Number: 31749-45
           Attorney for Plaintiff
           9013 Indianapolis Boulevard
           Highland, IN 46322
           (219) 838-9200 *(office)*
           (219) 972-7110 *(fax)*
           E-mail: aak@gk4law.com

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 9th day of August, 2018, he has electronically filed the above and foregoing with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system, and does hereby certify that he has mailed by United States Postal Service the document to the following non CM/CM/ECF participants:

**McLAUGHLIN MASONRY, LLC**
c/o Todd M. McLaughlin, Resident Agent
56110 Timothy Road
New Carlisle, IN 46552

GOODMAN KATZ KOONCE & MAROC

By:    /s/ Aaron A. Koonce
      AARON A. KOONCE

F:\FILES\AAK Files\UNION\Construction\McLaughlin\Dismiss--Motion.wpd